IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CLEVELAND BIAS,<br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br>    Defendant. | §<br>§<br>§<br>§  Civil Action No.  3:16-CV-3050-N-BH<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted.  Accordingly, the plaintiff's *Motion for and Memorandum in Support of Award of Attorney Fees Under 406(b) of the Social Security Act*, filed November 5, 2019 (doc. 26), is **GRANTED**, and the plaintiff's counsel is hereby awarded $27,000.00 in attorney's fees out of the plaintiff's past-due benefits under 42 U.S.C. § 406(b).

**SIGNED** this 8th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE